**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JARED DICLEMENTE,**

    *Plaintiff,*

**v.**                             **8:24-cv-01121-WFJ-CPT**

**EQUIFAX INFORMATION**
**SERVICES LLC,**

    *Defendant.*

_____/

## <u>NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES LLC</u>

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that

Plaintiff and Defendant Equifax Information LLC have reached a settlement in this

case. Upon completion of the terms of settlement, Plaintiff will file the appropriate

documents to dismiss Defendant from this case with prejudice.

Respectfully submitted on June 14, 2024.

/s/ *Fethullah Gulen*
Fethullah Gulen, Esq.
Florida Bar Number: 1045392
Seraph Legal, P. A.
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
(813) 567-1230
FGulen@SeraphLegal.com
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 14, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System.   A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

*/s/ Fethullah Gulen*
Fethullah Gulen, Esq.
FL Bar # 1045392